IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| | : | |
| Renee A. Harris-Griffin | : | No. 22-10107-mdc |
| **Debtor** | : | |

### CERTIFICATION OF NO RESPONSE TO
### MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

**Dated:** 03/23/2023

/s/ David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Center**
**601 Walnut Street**
Philadelphia, PA  19106
215-625-9600